UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RONALD KING,                        )    No. ED CV 08-00209-VBK
                                    )
                Plaintiff,          )    JUDGMENT
                                    )
        v.                          )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of Social              )
Security,                           )
                                    )
                Defendant.          )
_____)

        **IT IS HEREBY ORDERED** that the Decision of the Commissioner is

affirmed.

        **IT IS ALSO ORDERED** that the matter is dismissed with prejudice.


DATED:  January 6, 2009                     /s/
                                    _____
                                    VICTOR B. KENTON
                                    UNITED STATES MAGISTRATE JUDGE